```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
           Plaintiff,           )
                                )
       v.                       )  E.D. Mo. No. 4: 09 MJ 86 DDN
                                )  D. MD.   No. 09-937 CBD
ANTHONY THOMAS ERICKSEN,        )
a/k/a TONY ERIKSEN,             )
                                )
           Defendant.           )
```

**DETENTION ORDER
AND
ORDER FOR DEFENDANT TO APPEAR
IN DISTRICT OF MARYLAND
AND
<u>ORDER FOR CLERK TO TRANSMIT FILE TO SAID DISTRICT</u>**

This action is before the court following the appearance of defendant Anthony Thomas Ericksen, also known as Tony Eriksen, with counsel in this court on March 25, 2009, for a hearing under Rule 5(c)(3), Federal Rules of Criminal Procedure, and for a detention hearing. Defendant Ericksen is charged by criminal complaint in the United States District Court for the District of Maryland, with using a cellular telephone to entice a minor to engage in illegal sexual activity, and with using a cellular telephone to attempt to transfer obscene matter to the same minor, knowing the minor had not attained the age of 16 years. The court is advised that the maximum statutory penalty for conviction on either charge is imprisonment for not more than 20 years.

At the hearing held on March 25, 2009, defendant Ericksen through and with the advice of counsel orally agreed to waive his right to a hearing in this district under Federal Rule of Criminal Procedure 5(c)(3), but did not waive his right to a detention hearing in this district. The court thereupon, without objection by the defendant, ordered defendant to appear before the United States District Court for the District of Maryland upon the charges alleged in the complaint.

On the issue of detention or release, the court has considered the report and recommendation of the Pretrial Services Officer, the allegations in the complaint, and the statements of counsel.  Upon the record the court finds and concludes by clear and convincing evidence that the release of defendant Anthony Thomas Ericksen upon his own recognizance, an unsecured appearance bond, or any condition of release, will not reasonably assure defendant will appear in court for all scheduled court proceedings and will not reasonably assure the safety of the community.  18 U.S.C. § 3142(b), (c).

Therefore,

**IT IS HEREBY ORDERED** that defendant Anthony Thomas Ericksen, also known as Tony Eriksen, appear before the United States District Court for the District of Maryland for further proceedings in this action.

**IT IS FURTHER ORDERED** that the motion of the United States that defendant Anthony Thomas Ericksen, also known a Tony Eriksen, be detained is sustained.  Defendant Anthony Thomas Ericksen, also known as Tony Eriksen, is committed to the custody of the United States Marshals Service for transportation to the District of Maryland for further proceedings in this action.

**IT IS FURTHER ORDERED** that the Clerk of this Court forthwith transmit this district's file of this action to the Clerk of the United States District Court for the District of Maryland.

                                                       /S/   David D. Noce
                                      **UNITED STATES MAGISTRATE JUDGE**

Signed on March 30, 2009.